## STATE, EX REL. LUSE, *v.* LUSE.

[No. 18,567. Filed April 19, 1899.]

From the Carroll Circuit Court. *Affirmed.*

*W. J. Gridley*, for appellant.

*Million & Palmer,* for appellee.

MONKS, C. J.—The only reason urged for a reversal of this cause by appellant is that the finding of the court was contrary to the evidence. The correctness of this contention cannot be determined if the evidence is not in the record. The bill of exceptions does not contain the evidence, but refers to the same as "filed herewith." It is settled that under such conditions the evidence is not in the record. Elliott's App. Proc., sections 821, 822; *City of Alexandria* v. *Cutler*, 139 Ind. 568, and cases cited; *Garrett* v. *State*, 149 Ind. 264, 265.

Judgment affirmed.

---

## MARKLEY *v.* STUDABAKER ET AL.

[No. 18,533. Filed Nov. 22, 1898. Rehearing denied Jan. 12, 1899.]

From the Wells Circuit Court. *Affirmed.*

*Levi Mock, John Mock* and *George Mock*, for appellant.

*J. S. Dailey, A. Simmons* and *F. C. Dailey,* for appellees.

JORDAN, J.—This is an action to enjoin the collection of an assessment of taxes for the construction of a public ditch.

The same ditch proceedings and the same questions are involved as were in *Studabaker* v. *Studabaker, ante*, 89, and upon the authority of that decision the judgment below ought to be affirmed. Judgment affirmed.